CHARLES E. STEVENS et al., as Executors of NATHAN F. GRAVES, Deceased, Respondents, *v.* CHARLES A. ROUSE et al., Appellants.

Reported below, 35 App. Div. 632.
(Argued October 2, 1899; decided October 10, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 16, 1898, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the exceptions are frivolous; that a question of fact only is involved, and that the decision of the Appellate Division was unanimous.

*Augustus C. Stevens* for motion.

*Phillips, Hitchcock & McLennan* opposed.

Motion denied, with ten dollars costs.